**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| IN RE: AQUEOUS FILM-FORMING | ) | MDL No. 2:18-mn-2873-RMG |
| FOAMS PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | **This Document Relates to:** |
| | ) | |
| | ) | 2:25-cv-00063-RMG |
| | ) | |
| | ) | |

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW MOTION TO DISMISS FOR FAILURE TO SERVE TURNOUT GEAR PLAINTIFF FACT SHEETS**

Certain turnout gear Defendants ("TOG Defendants"),[1] by their undersigned counsel filed a motion to dismiss without prejudice the action of Plaintiff Kayla Davis Horton on behalf of Michael Andrew Horton ("Plaintiff") for failure to complete and serve an executed and completed Turnout Gear Plaintiff Fact Sheet ("TOG PFS") on May 29, 2025. (Dkt. No. 7187). Plaintiff served the TOG PFS in accordance with CMO 5 (Dkt. 205), but without a copy emailed to AFFF-TOG-PFS-Service@Dechert.com, as required by CMO 5F (Dkt. 4542). Plaintiff properly served the TOG PFS on June 8, 2025. As a result, TOG Defendants request that their Motion to Dismiss be withdrawn.

---

[1] The following Defendants join in this motion: AllStar Fire Equipment; Fire-Dex LLC; Globe Manufacturing Company, LLC; Honeywell International Inc.; Honeywell Safety Products USA, Inc.; Innotex Corp.; Lakeland Industries, Inc.; L.N. Curtis & Sons, Inc.; Lion Group, Inc.; Mallory Safety & Supply, LLC; Milliken & Company; Morning Pride Manufacturing, LLC d/b/a Honeywell First Responder Products; MSA Safety Sales, LLC; Municipal Emergency Services, Inc.; Narcote Holding Corporation; Narcote LLC d/b/a Stedfast USA, Inc.; Northeast Rescue Systems, Inc.; PBI Performance Products, Inc.; Ricochet Manufacturing Co., Inc.; Safety Components Fabric Technologies, Inc.; Safety Components, Inc.; Southern Mills Inc. dba Tencate Protective Fabrics; Sperian Protective Apparel USA, LLC; Stedfast USA Inc.; Veridian Limited; Witmer Public Safety, Inc.; and W. L. Gore & Associates, Inc. ("Defendants").

Dated: June 10, 2025

Respectfully submitted,

*/s/ Mark Cheffo*
Mark S. Cheffo
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10336
P: (212) 698-3500
mark.cheffo@dechert.com

*DCC Turnout Gear Defendants Liaison*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2025, a copy of the foregoing was served electronically via the Court's CM/ECF system.

*/s/ Mark Cheffo*

Mark S. Cheffo